JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HEGHINE MARTIROSYAN,
Petitioner,
v.
TODD LYONS, et al.,
Respondents.

Case No. 5:26-cv-05271-PD

**JUDGMENT**

**A# 206-913-680**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: October 9, 2026

Patricia Donahue
United States Magistrate Judge